# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Khalid Johnson             Docket No. 1:13MJ00402-001

### Petition on Probation

COMES NOW Vakida J. Wilson, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Khalid Johnson, who was placed on supervision by the Honorable T. Rawles Jones, Jr., United States Magistrate Judge sitting in the Court at Alexandria, Virginia, on the 12th day of August 2013, who fixed the period of supervision at 1 year, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

See Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a summons to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

**Returnable Date:** Feb. 11, 2014 @ 10:00 a.m.

### ORDER OF COURT

Considered and ordered this 14th day of January, 2014 and ordered filed and made a part of the records in the above case.

/s/Thomas Rawles Jones, Jr.

T. Rawles Jones, Jr.
United States Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1-9-14

Vakida J. Wilson
U.S. Probation Officer
(703) 299-2346

Place Alexandria, Virginia

TO CLERK'S OFFICE                                    Prob 12 (10/09)

**Petition on Probation**
**Page 2**
**RE: Johnson, Khalid**

## SPECIAL CONDITIONS:

### Count 1:

1. The defendant must participate in a drug education or treatment program, or both, if ordered to do so by the supervising probation officer;

2. The defendant must undergo drug testing, including but not limited to urinalysis, if ordered to do so by the supervising probation officer; and

3. The defendant must return to Court on August 12, 2014, only if notified to do so.

### Count 2:

1. The defendant shall enter and successfully complete an alcohol education program as directed;

2. The defendant shall not operate a motor vehicle anywhere in the United States for a period of one (1) year except: a) to, from and as directly required by the defendant's employment, b) to and from the probation office, c) to and from the alcohol program, d) to and from this court, e) to and from his child's soccer camp, and f) to and from his child's aftercare;

3. The defendant shall not violate any local, state or federal traffic law; and

4. The defendant shall pay a $100.00 fine and $25.00 special assessment within 90 days.

*Mandatory substance abuse testing provided for in 18 U.S.C. Section 3563(a)(5) is suspended, but the probation officer may require testing whenever he or she deems it appropriate.*

Prob 12 (10/09)

**Petition on Probation**
Page 3
RE: Johnson, Khalid

OFFENSE: **Count 1:** Possession of Marijuana pursuant to Title 18, U.S.C. Section 3607; and **Count 2:** Driving While Intoxicated with a BAC of 0.08% or More in violation of Title 18, U.S.C., Section 13 assimilating VA Code 18.2-266(i).

SENTENCE: The defendant was sentenced to serve a period of 1 year supervised probation per count, ordered to run concurrently, with the special conditions listed on page 2.

ADJUSTMENT TO SUPERVISION: On October 1, 2013, Mr. Johnson's case was transferred to the District of Columbia due to his residence. Mr. Johnson's initial adjustment to supervision was positive as he enrolled in the Virginia Alcohol Safety Action Program, maintained stable employment, and reported to his supervising officer as instructed. However, since appearing before Your Honor for sentencing Mr. Johnson has violated the terms of supervised probation.

VIOLATIONS: The following violations are submitted for the Court's consideration.

**MANDATORY CONDITION:    COMMISSION OF A CRIME – COUNTERFEIT TAGS AND COUNTERFEIT DOCUMENTS**

On January 2, 2014, notification was received from U.S. Probation Officer (USPO) Stacy Funches with the District of Columbia that on November 30, 2013, Mr. Johnson was arrested by the Washington Metropolitan Police Department, and charged with Counterfeit Tags and Counterfeit Documents (case number 2013CTF21033). Mr. Johnson was released on his personal recognizance. Mr. Johnson is scheduled to appear in the Superior Court of the District of Columbia on February 24, 2014, for trial. A police report regarding this arrest is not available.

**CONDITION 13:    FAILURE TO NOTIFY OF THIRD PARTY RISK.**

Based on Mr. Johnson's continued criminal conduct, it has been determined by USPO Funches that he poses a potential third party risk to his employer (The Henry M. Jackson Foundation) where he works as a driver. However, Mr. Johnson disagrees with this assessment, and has chosen to exercise his right for the Court to determine whether or not third party notification must be made.

**SPECIAL CONDITION:    FAILURE TO PAY THE FINE AND SPECIAL ASSESSMENT WITHIN 90 DAYS AS DIRECTED BY THE COURT**

Despite regular employment, and prior verbal admonishment, Mr. Johnson has failed to pay the special assessment and fine within 90 days as directed by the Court.

**CONDITION 7:    USE OF PHENCYCLIDINE**

On January 7, 2014, notification was received from USPO Funches that on December 6, 2013, Mr. Johnson reported to the probation office to submit a urine specimen for testing. On December 18, 2013, USPO Funches received notification the specimen returned positive for the presence of Phencyclidine (PCP). When confronted with the results of this sample, Mr. Johnson denied the use of illicit substances.

VJW/smk