

UNITED STATES DISTRICT COURT

FOR

THE EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. **Khalid Johnson**                                  Docket No. **1:13MJ402**

### Addendum to
### Petition on Probation

On March 4, 2013, Mr. Johnson appeared before the Court for a violation hearing. On that date, the hearing was continued until May 20, 2014, to provide the defendant the opportunity to regain compliance.

The following is an update to the Petition on Probation previously submitted to the Court on January 9, 2014, and the addendum submitted on February 26, 2014.

**CONDITION 3:**                FAILURE TO FOLLOW THE INSTRUCTIONS OF THE PROBATION OFFICER.

Following the court hearing on March 4, 2014, Mr. Johnson was instructed by the undersigned to report to the probation office to submit a urine sample. Mr. Johnson failed to report to provide a sample as directed.

VJW/ smk 

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 14th day of March, 2014, that the petition previously issued be amended and that this Addendum be ordered filed and made part of the record in the above case. | Executed on   3-11-14 |
| /s/Thomas Rawles Jones, Jr. | Vakida J. Wilson |
| Thomas Rawles Jones, Jr. | U.S. Probation Officer |
| United States Magistrate Judge | 703-299-2346 |
| | Place  Alexandria, Virginia |